IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 17-cv-00227-RM-SKC

Samantha Grude, and
Bonnie Grude,

    *Plaintiffs*,

    *v.*

Integrated Recovery Services, Inc.,
United Debt Holding, LLC, and
Angela Kennedy,

    *Defendants*.

---

**ORDER**

---

This matter is before the Court *sua sponte* upon review of this matter. Upon such review, the Court finds there are no remaining claims or defendants in this action. Defendant United Debt Holding, LLC was voluntary dismissed, Defendant Integrated Recovery Services, Inc. was dismissed without prejudice for lack of personal jurisdiction, and Defendant Kennedy was dismissed without prejudice for failure to timely serve her with process. (ECF Nos. 39, 48.) Based on the foregoing, the Clerk's entry of default against Defendant Integrated Recovery shall be vacated. In addition, final judgment should enter in favor of Defendants Integrated Recovery and Kennedy. Accordingly, it is ORDERED

    (1) That the Clerk shall vacate the entry of default (ECF No. 35) against Defendant Integrated Recovery Services, Inc.;

(2) That, pursuant to the Court's Order of April 17, 2019 (ECF No. 48) and this Order, the Clerk shall enter JUDGMENT in favor of Defendants Integrated Recovery Services, Inc. and Angela Kennedy and against Plaintiff; and

(3) That the Clerk shall close this case.

DATED this 29th day of August, 2019.

                                        BY THE COURT:

                                        _____
                                        RAYMOND P. MOORE
                                        United States District Judge