# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   17-cv-00227-RM-SKC

SAMANTHA GRUDE and
BONNIE GRUDE,

    Plaintiffs,

v.

INTEGRATED RECOVERY SERVICES, INC.,
UNITED DEBT HOLDING, LLC, and
ANGELA KENNEDY,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders (Docs. 39, 48, and 50) entered by Judge Raymond P. Moore, it is

ORDERED that Judgment is hereby entered in favor of Defendants Integrated Recovery Services, Inc., and Angela Kennedy; and against Plaintiffs Samantha Grude and Bonnie Grude.   It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 29th of August, 2019.

                                          FOR THE COURT:
                                          JEFFREY P. COLWELL, CLERK

                                By:  s/  C. Pearson
                                          C. Pearson, Deputy Clerk